1  M. Anthony Soares (SBN 078934)
   MINASIAN, SPRUANCE, MEITH,
2  SOARES & SEXTON, LLP
   1681 Bird Street
3  Post Office Box 1679
   Oroville, California 95965-1679
4  Telephone: 530.533.2885
   Facsimile: 530.533.7047
5
   Attorneys for Plaintiff, JEFF SLOAN
6
   John P. Kelley (SBN 168904)
7  HALKIDES, MORGAN & KELLEY
   833 Mistletoe Lane
8  Post Office Drawer 492170
   Redding, California 96049-2170
9  Telephone: 530.221.8150
   Facsimile: 530.221-7963
10
   Attorneys for Defendants, RICK
11 ANDERSON, RICK REES, STEVE
   O'BRYAN, SCOTT BROWN and CHET
12 FRANCISCO

13              IN THE UNITED STATES DISTRICT COURT

14          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16 JEFF SLOAN,                ) Case No: 2:06-CV-00468-WBS-GGH
                              )
17           Plaintiff,       ) STIPULATION AND ORDER FOR
                              ) DISMISSAL
18 vs.                        )
                              )
19 RICK ANDERSON, RICK REES,  )
   ANTHONY WATTS, STEVE O'BRYAN, )
20 SCOTT BROWN AND CHET       )
   FRANCISCO,                 ) COMPLAINT FILED:   03/07/2005
21                            ) TRIAL DATE:        10/02/2007
             Defendants.      )
22 _____ )

23 TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF

24 CALIFORNIA:

25     Plaintiff, JEFF SLOAN, and Defendants, RICK ANDERSON, RICK

26 REES, ANTHONY WATTS, STEVE O'BRYAN, SCOTT BROWN and CHET

27 FRANCISCO, hereby request that this matter be dismissed with

28 prejudice, in its entirety, with each party to bear its own costs

1 | and attorney fees.

2 | IT IS SO STIPULATED:

3 |

4 | DATED:  August 16_, 2006.        MINASIAN, SPRUANCE, MEITH, SOARES & SEXTON, LLP

5 |

6 |                                  By:_____/S/_____

7 |                                      M. ANTHONY SOARES, Attorneys for Plaintiff, JEFF SLOAN

8 |

9 | DATED:  August 21 , 2006.        HALKIDES, MORGAN & KELLEY

10 |

11 |                                  By:_____/S/_____

12 |                                      JOHN P. KELLEY Attorneys for Defendants, RICK ANDERSON, RICK REES, STEVE O'BRYAN, SCOTT BROWN and CHET FRANCISCO

13 |

14 |

15 |      **IT IS SO ORDERED:**  This matter is dismissed with prejudice.

16 | Each party will bear its own costs and attorney fees.

17 |

18 | DATED:  August 23, 2006

19 |

20 |                    *William B. Shubb*
                      _____
                       WILLIAM B. SHUBB

21 |                    UNITED STATES DISTRICT JUDGE

22 |

23 |

24 |

25 |

26 |

27 |

28 |

-2-